ALMA L. WELLS, Appellant, *v.* GRANT SQUIRES et al., as Executors of HENRY M. WELLS, Deceased, et al., Respondents.

*Wells* v. *Squires*, 117 App. Div. 502, affirmed.
(Argued February 19, 1908; decided March 10, 1908.)

APPEAL from a judgment entered March 12, 1907, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which reversed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directed judgment for the defendants in an action for the construction of a will.

*Vincent P. Donihee, Edward S. Hatch* and *Lyle Evans Mahan* for appellant.

*Edward Bruce Hill, Gerrit Smith* and *Alfred Jaretzki* for respondents.

Judgment affirmed, with costs, on opinion below.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.